
# 7770
$ .43
12/17/10

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) John McCombs /Case # 10-20112
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ .43 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  X   The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant URMC Physicians 2   Amount $ .43   Claims Register # 2

Claimant _____   Amount $_____   Claims Register #_____

Claimant _____   Amount $_____   Claims Register #_____

Claimant _____   Amount $_____   Claims Register #_____

*(signature)*
Trustee Name

FILED 2010 DEC 17 PM 3:59 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER